IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JEREMY DAVIS,<br><br>  Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>  Defendant. | Civil No. 17-cv-216-JGP-CJP |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Jeremy Davis and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

**DATED: August 28, 2017**

**JUSTINE FLANAGAN,**
**Acting Clerk of Court**

**BY:s/** *Tina Gray*, **Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. Phil Gilbert**
**U.S. District Judge**